IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ZACHARY SIMONSON,<br><br>    Plaintiff,<br>vs.<br><br>CITY OF OTTUMWA,<br><br>    Defendant. | NO. 4:25-cv-474<br><br>WAPELLO COUNTY NO. LALA107083<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§1441, 1446 and Local Rule 81(a), Defendant City of Ottumwa (the "City") petitions for the removal of this action from the Iowa District Court for Wapello County, Iowa, to the United Stated District Court for the Southern District of Iowa, Central Division. In support of the removal of this action, Defendant states the following:

1.  Plaintiff filed a Petition for Writ of Certiorari ("Petition") in the Iowa District Court for Wapello County on November 4, 2025, case number LALA107083 (the "State Court Action").

2.  This Notice of Removal is filed within 30 days after receipt by the City of Plaintiff's Petition and Original Notice, in compliance with 28 U.S.C. § 1446(b).

3.  Pursuant to 28 U.S.C. §1446(a) and Local Rule 81(a), a copy of all process, pleadings, and orders filed in the state court action are attached as Exhibit A.

4.  Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Because Plaintiff's Petition states a claim under the Civil Rights Act of 1871, 42 U.S.C. § 1983, which is a civil action arising under the laws of the United States, this Court original jurisdiction over this case.

5.  Additionally, this Court may exercise supplemental jurisdiction over the related pendent state law claim pursuant to 28 U.S.C. § 1367(a).

6. Pursuant to 28 U.S.C. §1446(d), Defendant is contemporaneously filing a copy of this Notice of Removal with the Clerk of the Iowa District Court for Wapello County and is serving this notice on Plaintiff's counsel electronically and by U.S. mail.

7. Defendant is contemporaneously filing a Local Rule 81 (a) statement.

8. Undersigned counsel conferred with Plaintiff's counsel and Plaintiff's counsel consents to removal.

WHEREFORE Defendant requests that the above-entitled action be removed from the Iowa District Court for Wapello County to the United States District Court for the Southern District of Iowa, Central Division.

> /s/Amy L. Reasner
> AMY L. REASNER, AT0006390
>  of
> LYNCH DALLAS LEGAL
> 316 Second Street SE, Suite 124
> Cedar Rapids, IA  52406-2457
> Telephone:  (319) 365-9101
> Facsimile:  (319) 365-9512
> Email:  areasner@lynchdallas.com
>
> ATTORNEY FOR DEFENDANT