IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ZACH SIMONSON, | Case No. 4:25-cv-00474-SHL-HCA |
| Plaintiff, | |
| v. | **JOINT MOTION FOR PROTECTIVE ORDER** |
| CITY OF OTTUMWA, | |
| Defendant. | |

COME NOW the Parties and request that the Court issue a Protective Order in the attached form and state:

1.      Some documents produced in the course of discovery in this action include documents pertaining to or disclosing confidential matters.

2.      The attached Protective Order is designed to protect the confidential nature of such documents.

3.      The Parties have discussed this matter and agreed that the attached Protective Order is reasonable and would facilitate orderly discovery in this matter.

WHEREFORE, the Parties request the Court grant their Joint Motion for Protective Order in this matter and issue an Order in the form attached.

_/s/ Ashley Griffin_
FIEDLER LAW FIRM, P.L.C.
Amy Beck AT0013022
amy@employmentlawiowa.com
Ashley Griffin AT0015719
ashley@employmentlawiowa.com
8831 Windsor Parkway
Johnston, Iowa 50131
Telephone: (515) 254-1999
Fax: (515) 254-9923
ATTORNEYS FOR PLAINTIFF


_/s/ Amy Reasner_
Amy L. Reasner, AT0006390
Bryce E. Schulte, AT0016528
LYNCH DALLAS LEGAL
316 Second Street SE, Suite 124
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone 319.365.9101
Facsimile 319.365.9512
areasner@lynchdallas.com
bschulte@lynchdallas.com
ATTORNEYS FOR DEFENDANT