IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ZACHARY SIMONSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OTTUMWA,<br><br>    Defendant. | Case No.  4:25-cv-00474-SHL-HCA<br><br><br>**JOINT STATUS REPORT** |

COME NOW the Parties to this matter and, in advance of the Court's scheduled status conference on April 22, 2026, jointly submit the following update regarding the progression of discovery and issues to be addressed:

1. The parties wish to notify the Court of the progression of the case and to inform the Court of their position regarding the upcoming status conference.

2. Plaintiff filed his Petition and Petition for Writ of Certiorari in Iowa District Court for Wapello County on November 4, 2025.

3. Defendant filed its Notice of Removal to this Court on November 25, 2025.

4. Defendant filed an Unresisted Motion for Additional Time to Answer on December 1, 2025, which the Court granted.

5. Defendant filed its Answer on December 5, 2025.

6. The court held a scheduling conference on January 13, 2026, and entered the Scheduling and Trial Setting Order that same day.

7. Plaintiff served his Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on January 30, 2026.

8.    Defendant served its Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on February 4, 2026.

9.    Plaintiff served his First Set of Interrogatories and First Requests for Production of Documents to Defendant on January 20, 2026.

10.    Defendant served its First Set of Interrogatories and First Requests for Production of Documents to Plaintiff on January 29, 2026.

11.    Defendant served its Answers to Plaintiff's Interrogatories and Responses to Plaintiff's Requests for Production on March 9, 2026, along with a Privilege Log.

12.    Plaintiff served his Answers to Defendant's Interrogatories and Responses to Defendant's Requests for Production on March 16, 2026.

13.    Plaintiff served Supplemental Responses to Defendant's Requests for Production on March 24, 2026.

14.    Plaintiff served his Expert Witness Designation on March 23, 2026.

15.    Litigation is progressing in accordance with the requisite deadlines, and no significant discovery disputes have arisen to date.

16.    The parties anticipate proceeding with depositions following the exchange of discovery responses.

17.    Given the current trajectory of the case, the parties do not believe a status conference is necessary at this time.

WHEREFORE, the parties respectfully request that the Court cancel the April 22, 2026, status conference.

/s/ Amy Beck
FIEDLER LAW FIRM, P.L.C.
Amy Beck AT0013022
amy@employmentlawiowa.com
David Albrecht AT0012635
david@iowaemploymentattorneys.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone: (515) 254-1999
Fax: (515) 254-9923
ATTORNEYS FOR PLAINTIFF


/s/ Amy Reasner
AMY L. REASNER, AT0006390
BRYCE E. SCHULTE, AT0016528
of
LYNCH DALLAS LEGAL
316 Second Street SE, Suite 124
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone 319.365.9101
Facsimile 319.365.9512
E-Mail: areasner@lynchdallas.com
bschulte@lynchdallas.com
ATTORNEYS FOR DEFENDANT