IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ZACHARY SIMONSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OTTUMWA,<br><br>Defendant. | CASE NO. 4:25-cv-00474-SHL-HCA<br><br><br>**JOINT STIPULATION<br>OF DISMISSAL<br>WITH PREJUDICE** |

COME NOW Plaintiff, Zachary Simonson, and Defendant, City of Ottumwa, by and through their respective undersigned counsel, and stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated: April 28, 2026


_/s/ Amy Beck_

IOWA EMPLOYMENT ATTORNEYS, P.L.C.
Amy Beck AT0013022
amy@iowaemploymentattorneys.com
David Albrecht AT0012635
david@iowaemploymentattorneys.com
7001 Westown Pkwy, Suite 212
West Des Moines, IA 50266
Telephone: (515) 328-6019
Fax: (515) 513-4657
ATTORNEYS FOR PLAINTIFF

_/s/Amy Reasner_

AMY L. REASNER, AT0006390
BRYCE E. SCHULTE, AT0016528
of
LYNCH DALLAS LEGAL
316 Second Street SE, Suite 124
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone 319.365.9101
Facsimile 319.365.9512
E-Mail: areasner@lynchdallas.com
        bschulte@lynchdallas.com
ATTORNEYS FOR DEFENDANT

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing Joint Dismissal was served upon

Defendant's counsel through the Court's CM/ECF filing system on April 28, 2026.


_/s/ Joe Wagner_


Copy to:

Amy Reasner
areasner@lynchdallas.com
Bryce Schulte
bschulte@lynchdallas.com
Attorneys for Defendant